## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NORTHERN NATURAL GAS COMPANY, a Delaware Corporation;** | |
| **Plaintiff,** | **8:21CV131** |
| **vs.** | **ORDER** |
| **CENTENNIAL RESOURCE PRODUCTION, LLC, a Colorado Limited Liability Company;** | |
| **Defendant.** | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 2nd day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge